151 A.3d 966

CHARLES L. PODELL, PLAINTIFF-PETITIONER, v. PEARL S. PODELL, DEFENDANT-RESPONDENT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004164-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.